[No. 46859-6-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW DAVID KENNEMER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02278-0, Anita L. Farris, J., entered June 22, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46867-7-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. DALE ROBERT CHERVENELL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02274-7, Charles S. French, J., entered June 15, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46873-1-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIEN J. CORDOVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, 98-1-09767-8, Jeffrey M. Ramsdell, J., entered June 7, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 46877-4-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT H. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05653-8, Richard M. Ishikawa, J., entered May 26, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Appelwick, JJ.